1 | ISMAIL AMIN, ESQ. (NV Bar No. 9343)
iamin@aminlawgroup.com
2 | **THE AMIN LAW GROUP NV, LTD.**
3960 Howard Hughes Parkway, Suite 500
3 | Las Vegas, Nevada 89169
Telephone: (702) 990-3583
4 | Facsimile: (702) 990-3501
*Attorneys for Plaintiff, Universal Processing Services*
5 | *of Wisconsin, LLC d/b/a Newtek Merchant Services*

6 | BRUCE J. ZABARAUSKAS, ESQ.
Bruce.Zabarauskas@tklaw.com
7 | *Admitted Pro Hac Vice*
**THOMPSON & KNIGHT LLP**
8 | 707 Wilshire Blvd., Suite 4100
Los Angeles, CA 90017
9 | Telephone: (310) 203-6902
Facsimile: (310) 880-3105
10 | *Attorneys for Plaintiff, Universal Processing Services*
*of Wisconsin, LLC d/b/a Newtek Merchant Services*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL PROCESSING SERVICES OF WISCONSIN, LLC D/B/A/ NEWTEK MERCHANT SOLUTIONS, | Case No. 2:16-cv-000074-JAD-GWF |
| Plaintiff, | **STIPULATION AND ORDER DIRECTING CLERK OF THE COURT TO RETURN DEPOSIT TO PLAINTIFF** |
| vs. | |
| SUNGAME CORP., FREEVI CORPORATION, COMMANDER 3D, INC., NEIL CHANDRAN, CHANDRAN HOLDING MEDIA, INC., THE LOFT BY ANGELES FURNITURE COLLECTION, LLC D/B/A THE LOFT, LLC. SCORSETTI DESIGN, LLC, AND MARIA SCORSETTI A/K/A ANGELES SCORSETTI | ECF No. 74 |
| Defendants. | |

WHEREAS, on January 13, 2016, Universal Processing of Wisconsin LLC d/b/a Newtek Merchant Solutions (the "Plaintiff") commenced the above-captioned action (the "Action") before this Court against The Loft By Angeles Furniture Collection, LLC d/b/a The Loft, LLC, Scorsetti Design, LLC, and Maria Scorsetti, d/b/a Angeles Scorsetti (collectively, the "Scorsetti Defendants"), and Sungame Corp., Freevi Corporation, Commander 3D, Inc., Neil Chandran and Chandran Media Holding, Inc. (collectively, the "Chandran Defendants");

WHEREAS, on March 10, 2016, each of the Defendants filed a motion (the "Security Motion") for demand for security of costs, which had the effect of staying this action. [Dkt. Nos. 17, 18];

WHEREAS, on March 24, 2016, this Court entered an order (the "Security Order") approving a stipulation resolving the Security Motion. [Dkt. No. 21];

WHEREAS, pursuant to the Security Order, the Plaintiff deposited $4,000 as security with the Clerk of the United States District Court for the District of Nevada [Dkt. No. 22];

WHEREAS, a copy of the Court's Certificate of Deposit is annexed hereto as Exhibit A [Dkt. No. 22];

WHEREAS, pursuant to the Security Order, the Deposit shall remain with the Clerk of this Court until: (i) the fling of a stipulation signed by counsel for the Plaintiff and the Chandran Defendants and/or Scorsetti Defendants providing for the release of all or a portion of the Deposit with respect to the Sungame Defendants and/or Scorsetti Defendants; or (ii) entry of an Order of this Court;

WHEREAS, pursuant to a stipulation, dated August 15, 2016, which the parties are simultaneously filing with the Court, the parties consent to the above-captioned action being

transferred to the United States District Court for the Eastern District of New York, Central Islip Division;

WHEREAS, the parties agree to the return of the Deposit to the Plaintiff pursuant to the terms of this stipulation;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE UNDERSIGNED PARTIES as follows:

1. Upon court approval of this stipulation and the stipulation transferring venue of this action to the United States District Court for the Eastern District of New York, the Clerk of the Court is directed to return the Deposit to the Plaintiff by mailing a check in the amount of the Deposit ($4,000) payable to Newtek Business Solutions to the following address: Newtek Merchant Solutions, Attn: Michael Schwartz, Esq., 198 Marcus Avenue, Suite 130, Lake Success, New York 11042.

2. The Court shall retain jurisdiction for the purpose of enforcing this stipulation and order, and the return of the Deposit to the Plaintiff.

RESPECTFULLY SUBMITTED on this 15th day of August, 2016.

| **THE AMIN LAW GROUP NV, LTD.** | **THOMPSON & KNIGHT LLP** |
|---|---|
| /s/ Ismail Amin | /s/ Bruce J. Zabarauskas |
| ISMAIL AMIN, ESQ. | BRUCE J. ZABARAUSKAS, ESQ. |
| iamin@aminlawgroup.com | Bruce.Zabarauskas@tklaw.com |
| Nevada Bar No. 9343 | California Bar No. 248601 |
| *Attorneys for Plaintiff, Universal Processing Services of Wisconsin, LLC d/b/a Newtek Merchant Services* | *Attorneys for Plaintiff, Universal Processing Services of Wisconsin, LLC d/b/a Newtek Merchant Services* |

//

//

//

**STIPULATION AND ORDER
DIRECTING CLERK OF THE COURT TO RETURN DEPOSIT TO PLAINTIFF**

| | |
|---|---|
| **A.M. SANTOS LAW, CHTD.** | **ROSENFELD & KAPLAN, LLP** |
| /s/ Anthony Santos | /s/ Steven M. Kaplan |
| Anthony Santos | Steven M. Kaplan |
| tony@amsantoslaw.com | Steve@rosenfeldlaw.com |
| Nevada Bar No. 11265 | New York Bar No. 1521210 |
| *Attorneys for Defendants,* | *Attorneys for Defendants,* |
| *Surgame Corp., Freevi Corporation,* | *Surgame Corp., Freevi Corporation,* |
| *Commander 3D, Inc., Neil Chandran,* | *Commander 3D, Inc., Neil Chandran,* |
| *and Chandran Holding Media, Inc.* | *and Chandran Holding Media, Inc.* |

**SANTORO & WHITMIRE**

/s/ Jason Smith
Jason Smith
jsmith@santoronevada.com
Nevada Bar No. 9691
*Attorneys for Defendants,*
*The Loft by Angeles Furniture Collection, LLC*
*d/b/a The Loft, LLC, Scorsetti Design, LLC,*
*and Maria Scorsetti a/k/a Angeles Scorsetti*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

Dated: August 16, 2016

521522 000003 18178068.2